Petrikin *v.* Heyburn, Appellant.

Argued April 22, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD and JONES, JJ.

reargument refused July 30, 1957.

*Harry J. Rubin,* Deputy Attorney General, with him, *Thomas D. McBride,* Attorney General, for appellants.

*Sabato M. Bendiner,* with him *Mervin J. Hartman* and *Busser & Bendiner,* for appellee.

OPINION BY MR. JUSTICE MUSMANNO, June 28, 1957:

This is a companion case to that of *Smiley v. Heyburn,* 389 Pa. 594, in which we today handed down an opinion reversing the order of the Court below. As the pleadings and issues raised in the instant case are identical with those raised in *Smiley v. Heyburn,* there is no need to repeat what we there said.

Order of the lower Court reversed.